UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                              ORDER OF DISMISSAL
                                                    FOR
**The Estate of Angela D. Simpson-Manigaul**        FAILURE TO PROSECUTE
                                                    BANKRUPTCY APPEAL

-----------------------------------------------------X   25-CV-08199 JGLC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     TAMMI M. HELLWIG, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: The Estate of Angela D. Simpson-Manigault        BANKRUPTCY CASE: **25-B-35500 (KYP)**
DATE OF FILING NOTICE OF APPEAL: 09/11/2025
BANKRUPTCY DOCUMENT #: 24

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

  X   FRBP 8009
 ___  Federal Rules of Civil Procedure (Rule _____)
 ___  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
 ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **October 3, 2025**                         Vito Genna, Clerk
        White Plains, New York                      U.S. Bankruptcy Court, SDNY

                                            By:     Gwen Kinchen
                                                    Deputy Clerk

                        *ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____October 8,_____ 2025                     _Jessica Clarke_____
      New York, New York

                                                    Judge Jessica G. L. Clarke, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____           Tammi M. Hellwig, Clerk
                                                    District Court, SDNY

                                            By: _____
                                                    Deputy Clerk